

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO.: 04-M-70

PAMELA MOLNER,

    Defendant.
_____/

## EMERGENCY MOTION FOR RECONSIDERATION OF PRETRIAL DETENTION ORDER ; REQUEST FOR STAY OF ORDER OF REMOVAL

The Defendant, Pamela Molner, by her undersigned counsel, respectfully requests this Honorable Court reconsider its previously entered Order of Pretrial Detention, and, thereafter, set conditions of release in accordance with the agreement of the parties. In support of this Motion, the Defendant would show:

1.     The Defendant, Pamela Molner, was arrested pursuant to an arrest warrant which was issued on a Complaint filed in the Eastern District of California on September 14, 2004.

2.     The initial request associated with the warrant was for pretrial detention pending Ms. Molner's removal to the Eastern District of California. Accordingly, when Ms.

1



Molner appeared before this Honorable Court, she waived her right to a pretrial detention hearing in this District, and the Court entered its Order of Pretrial Detention.

3. Ms. Molner also waived her right for a Removal hearing and an Order of Removal was entered. Ms. Molner is incarcerated in the Federal Detention Center in Miami, awaiting removal by the United States Marshal's Service to the Eastern District of California.

4. On further review of materials relevant to Ms. Molner's background, including but not limited to, the report of Pretrial Services, Assistant U.S. Attorney Kymberly Smith, responsible for prosecuting the case in California, has agreed to recommend to this Court that Ms. Molner be released in this District. The agreed recommendation is that Ms. Molner be released on a _personal surety_ bond co-signed by her husband. Ms. Molner will then be allowed to travel on her own to the Eastern District of California on the instant charges.

5. The Defendant also requests the Court enter a temporary stay of its Order of Removal so that the U.S. Marshal's Service not transport Ms. Molner until this Motion is decided.

WHEREFORE, the Defendant, Pamela Molner, respectfully requests this Honorable Court issue a stay of its Order of Removal, set this matter for an emergency hearing and, thereafter, set conditions of release that allow the Defendant to travel to the Eastern District of California on her own.

Respectfully submitted,

BRUCE A. ALTER, ESQ.
2937 S.W. 27th Avenue, #202
Miami, Florida  33133
(305) 443-1600
(305)445-9666 Fax
Florida Bar No. 217042

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was faxed and mailed to AUSA, Debra J. Stuart, United States Attorney's Office, 505 S. 2nd Street, Suite 200, Fort Pierce, Florida 34950 on this 24th day of September, 2004.

BRUCE ALTER, ESQ.

3