UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-70-Lynch

FILED by _____ D.C.
MAG. SEC.
SEP 29 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES OF AMERICA,

v.

Pamela Molner

Stipulated
**ORDER ON BOND MOTION**

This Cause came before the Court upon motion of the (defendant)(government) to (reduce)(increase)(modify) the bond. Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

____ The motion is **denied**; bond remains at _____
_X_ The motion is **granted**; bond is set at: 100,000
Personal Surety, unsecured, in the amount of Co-Signed By Husband
____ Personal Surety in the amount of $_____
with 10% posted with Clerk of Court.
____ Personal Surety in the amount of $_____
secured by the following collateral: _____
_____ Full Cash in the amount of $_____
_____ Corporate Surety in the amount of $_____
____ Full Cash or Corporate Surety in the amount of $_____
____ In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ **SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.**
✓ **REPORT TO PRETRIAL SERVICES AS FOLLOWS: AS DIRECTED;** __ **WEEKLY IN PERSON;** __ **WEEKLY BY PHONE**
✓ **TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA** & EDa Central Cal. as directed by Pretrial
__ **MAINTAIN CURRENT RESIDENCE.**
__ **SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.**
__ **MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.**
__ **MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.**
__ **AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED**
__ **REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.** __ **COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND:** _____

_____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 29 day September 2004.
TAPE NO. 04E- 52-2554

**TED E. BANDSTRA**
UNITED STATES MAGISTRATE JUDGE

c:  AUSA, Defense,
    Pretrial Services, Marshal