# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: _O 4-70 - Lynch_

UNITED STATES OF AMERICA
        Plaintiff,

v.                                                          JAIL # _____

_Pamela McIner_
        Defendant,
_____ /

**FILED by ___ D.C.
MAG. SEC.**

**SEP 29 2004**

**CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. MIAMI**

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and
personal representatives, jointly and severally, are bound to pay the United States of America, the sum of
$ _100,000_ _____.

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear
accordance with any and all orders and directions relating to the defendant's appearance in this case, inclu
appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any of
United States District Court to which the defendant may be held to answer or the cause transferred. The defendant
to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any of
or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or revi
which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to wh
the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of
bond, without first obtaining written permission from the court, except that a defendant ordered removed or transfer
to another district may travel to that district as required for court appearances and trial preparation upon written no
to the Clerk of this court or the court to which the case has been removed or transferred. The Southern Distric
Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Ind
River, Okeechobee, and Highlands.**

3. May not change his or her present address as recorded on page 4 of this bond without prior permissio
writing from the court.

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the addi
on this bond or in open court or to the address as changed by permission from the court. The defendant is require
ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case.
no event may a defendant assume that his or her case has been dismissed unless the court has entered an order
dismissal.

5. Shall not commit any act in violation of state or federal laws.



DEFENDANT: _Molrer_
CASE NUMBER: _04-40-Lynch_
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the spe~~~
conditions checked below:

__✓a.__ **Surrender** all passports and travel documents, if any, to the Pretrial Services Office and not obtain any tra~
documents during the pendency of the case;

__✓b.__ **Report** to Pretrial Services as follows: (  ) *as directed or* _____ *times in person and* _____ *times by telepho~*

__c.__ **Submit** to substance abuse testing and/or treatment as directed by Pretrial Services;

__d.__ **Refrain** from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defi~
in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed med~
**practitioner;**

__e.__ **Participate** in mental health assessment and/or treatment;

__f.__ **Participate** and undergo a sex offense specific evaluation and treatment;

__g.__ **Maintain** or actively seek full-time employment;

__h.__ **Maintain** or begin an educational program;

__i.__ **Avoid** all contact with victims of or witnesses to the crimes charged, except through counsel;

__j.__ **Refrain** from possessing a firearm, destructive device or other dangerous weapons;

__k.__ **None** of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own,
or personal, until the bond is discharged, or otherwise modified by the Court;

__l.__ **May** not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus termin~
train stations, etc.;*

__m.__ **No access** to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*),
follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;

__n.__ **HOME CONFINEMENT PROGRAM**   The defendant shall participate in one of the following ho~
confinement program components and abide by all the requirements of the program which (  ) will not c~
(  ) will include electronic monitoring or other location verification system, paid for by the defend~
*based upon his/her ability to pay* (  ) or paid for by Pretrial Services (  ).

____ **Curfew:** You are restricted to your residence every day from _____ to _____, or as dire~
by the Court.

____ **Home Detention:** You are restricted to your residence at all times except for: (  ) medical need~
treatment, (  ) court appearances,  (  ) attorney visits or court ordered obligations, and (  ) ot~
_____

__o.__ **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community correcti~
center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: (  ) employment; (  ) education;
(  ) religious services; (  ) medical, substance abuse, or mental health treatment; (  ) attorney visit~
(  ) court appearances; (  ) court ordered obligations; (  ) reporting to Pretrial Services; and
(  ) other _____

__p.__ **May** travel to and from: _Eastern Dist. of California_ +Central, and must notify Pretrial Services of travel p~
before leaving and upon return.    ∧

__q.__ **Comply** with the following additional conditions of bond:
_Report to Court in E.D of Calif as required on attorney_
_in central Dist of Calif_

DEFENDANT: _Mulner_

CASE NUMBER: _04-40-Lynch_

PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any l posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon convict for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to ; other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment an $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 make a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a crimi investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment an $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offe punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or inform; or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fail; appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court ord If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service a sentence, or appeal or certiorari after conviction for:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or m the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or bc

(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or bo

(3)     any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than t years, or both;

(4)     a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, wt means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applic; laws of the United States.

DEFENDANT: _Molner_
CASE NUMBER: _04-70-Lynch_
PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by th
surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more condition
may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matte
at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may b
entered upon motion in such United States District Court against each surety jointly and severally for the amount of th
bond, together with interest and costs, and execution may be issued and payment secured as provided by the Feder
Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to m
and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of th
terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender f
service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of t
terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent f
the corporate surety and have full power to execute this bond in the amount stated.

## DEFENDANT

Signed this __29__ day of __September__ , 2004 at __miami__ , Florida.
Signed and acknowledged before me:                     DEFENDANT:(Signature) X _____
WITNESS:_____                     ADDRESS: _2566 westfield st,_
ADDRESS:_____                     _Port St Lucie, fl.         ZIP 34953_
_____ ZIP _____                     TELEPHONE: _772 873 1413_

## CORPORATE SURETY

Signed this _____ day of _____ , 2004 , at _____ , Florida
SURETY:_____                     AGENT:(Signature)_____
ADDRESS:_____                     PRINT NAME: _____
_____ ZIP _____                     TELEPHONE: _____

## INDIVIDUAL SURETIES

Signed this 29 day of _Sept_ , 2004, at _miami_, Florida.     Signed this __ day of __, 2004 at _____ , Florida
SURETY:(Signature) _____                     SURETY:(Signature)_____
PRINT NAME: _Yancey Molner_                     PRINT NAME: _____
RELATIONSHIP TO                                         RELATIONSHIP TO
DEFENDANT: _Husband_                     DEFENDANT: _____
ADDRESS: _2566 Westfield st._                     ADDRESS: _____
_Port St. Lucie, fl    ZIP 34953_                     _____ ZIP _____
TELEPHONE: _772 873 1413_                     TELEPHONE: _____

SSN _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_     ## APPROVAL BY COURT

Date: _9/29/04_                     _____
                                         UNITED STATES MAGISTRATE JUDGE
DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, U.S. Marshal, Pretrial Services
                                         TED E. BANDSTRA