UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                CASE NO. 04-M-70

    Plaintiff,

vs.

PAMELA MOLNER

    Defendant.
_____/

### NOTICE OF APPEARANCE

BRUCE A. ALTER files his appearance as permanent counsel for the above named defendant. This appearance is for representation for trial only at proceedings in the United States District Court. In the event of an appeal to another Court, this appearance is not intended to operate as an appearance in such appellate court.

Counsel hereby states that this appearance is permanent and he will conform to the requirements of all Local Rules.

Dated: September 23, 2004

                                              Respectfully submitted,

                                              BRUCE A. ALTER, ESQ.
                                              2937 S.W. 27th Avenue, #202
                                              Miami, Florida   33133
                                              (305) 443-1600
                                              Co-Counsel for Defendant Cardenas
                                              Florida Bar No. 217042

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was faxed and mailed to AUSA, Debra J. Stuart, United States Attorney's Office, 505 S. 2nd Street, Suite 200, Fort Pierce, Florida 34950 on this 23 day of September, 2004.

BRUCE A. ALTER, ESQ.